Certificate Number: 15317-PAW-DE-041112300

Bankruptcy Case Number: 26-20950



15317-PAW-DE-041112300

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 18, 2026, at 6:52 o'clock PM PDT, Nathan J Galasso completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 18, 2026                          By:     /s/Jerry Fajardo

Name:   Jerry Fajardo

Title:   Counselor